# United States Court of Appeals for the Federal Circuit

---

**IMMUNOGEN, INC.,**
*Plaintiff-Appellant*

**v.**

**COKE MORGAN STEWART, ACTING UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND ACTING DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Defendant-Appellee*

---

2023-1762

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:20-cv-00274-TSE-LRV, Judge T. S. Ellis, III.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

March 6, 2025
Date

Jarrett B. Perlow
Clerk of Court